No. 11–8047. IN RE ROYSTER; and

No. 11–8103. IN RE BALZAROTTI. Petitions for writs of habeas corpus denied.

No. 11–7532. IN RE BOURN. Petition for writ of mandamus denied.

No. 10–1144. REPUBLICA BOLIVARIANA DE VENEZUELA ET AL. v. DRFP L. L. C., DBA SKYE VENTURES. C. A. 6th Cir. Certiorari denied.

No. 10–1417. FEIN, SUCH, KAHN & SHEPARD, P. C. v. ALLEN. C. A. 3d Cir. Certiorari denied.

No. 10–9599. CHAVEZ-JIMENEZ v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 10–9792. RAMADAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11038. BURNS v. COMMISSIONER OF REVENUE OF MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 11–179. O'ROURKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. PALISADES ACQUISITION, XVI, LLC, ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–342. .KARANTSALIS v. DEPARTMENT OF JUSTICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–360. CHRISTO v. UNITED STATES; and

No. 11–6506. CHRISTO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 413 Fed. Appx. 375.

